## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Holly Morris,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Midland Funding, LLC,<br><br>　　　　Defendant. | Civ. No. 19-795 (JNE/BRT)<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Extend Time to Respond to Complaint (Doc. No. 3).

**IT IS HEREBY ORDERED** that Defendant Midland Funding, LLC is granted an extension of time to **April 11, 2019**, to answer, move, or otherwise respond to the Complaint filed in the above-captioned action.

Dated: March 26, 2019

　　　　　　　　　　　　　　　　　　　*s/ Becky R. Thorson*
　　　　　　　　　　　　　　　　　　　BECKY R. THORSON
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge